MORTON & CRAIG LLC  
John R. Morton, Jr., Esq.  
110 Marter Ave.  
Suite 301  
Moorestown, NJ 08057  
Telephone: 856-866-0100  
Attorney for: Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto  

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>JOANNA PASTORE | Case No. 18-25409(JNP)<br><br>Chapter 13<br><br>Hearing date: 10-17-18<br><br><br><br>OBJECTION TO CONFIRMATION |

Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto ("Wells Fargo"), a secured creditor of the debtor, objects to the debtor's plan for the following reasons:

a. **CRAMDOWN TOO LOW; PLAN PAYS INSUFFICIENT INTEREST:** Wells Fargo holds a first purchase money security interest encumbering a 2016 MITSUBISHI OUTLANDER 4D SEL 4WD vehicle. At filing, the vehicle with assumed mileage of 24,100 had a clean retail value in the NADA Official Used Car Guide for August of 2018 of $20,250. The plan must be amended to pay Wells Fargo the clean retail vehicle value of $20, 250.00 plus interest at 6%. The trustee should compute interest. If interest was pre-computed the trustee would pay Wells Fargo $23,500.20 over 60 months.

b. **ADEQUATE PROTECTION:** The plan fails to pay adequate protection payments in violation of Code sections 361, 1325 and 1326. Wells Fargo requests adequate protection

    payments **BEFORE AND AFTER CONFIRMATION**. Since the debtor is presumably using the vehicle to work and make a living, the vehicle benefits the estate and adequate protection payments must be given super priority administrative expense status and paid **all priority expenses and other secured claims**. **Wells Fargo requests adequate protection payments in the amount of $303.75 per month (being 1.5% of the vehicle value) beginning in September of 2018.**

c. **Request for insurance:** Wells Fargo requests proof of insurance under Code section 1326(a)(4).

d. **Order of payments:** The order of payments under the plan must be revised to provide for the priority of adequate protection payments to Wells Fargo that will be paid ahead of attorney fees.

e. **Lien retention:** Wells Fargo must retain its lien on the vehicle after confirmation.

                                    /s/John R. Morton, Jr.
                                    _____
                                    John R. Morton, Jr., attorney for Wells Fargo

Date: 10-5-18