UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                                                                     Case No.:            18-25409

Joanna Pastore                                                                   Chapter:                 13

                                                                                                Judge:         Jerrold N. Poslusny

## NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

    Joanna Pastore   ,     Debtor   , in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

> Address of the Clerk:    Clerk, U.S. Bankruptcy Court
>                                          U.S. Post Office & Courthouse Building
>                                          P.O. Box 2067
>                                          Camden, New Jersey 08101-2067

If an objection is filed, a hearing will be held before the Honorable       Jerrold N. Poslusny      on     September 14, 2021      at      11:00     a.m. at the United States Bankruptcy Court, courtroom no.       4C     ,       400 Cooper Street, 4th Floor Camden, NJ 08101     . (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a *Certification of No Objection* and the sale will be held as proposed.

> Nature of action:    To approve distribution of car insurance proceeds as financed vehicle was totaled.

> Pertinent terms of settlement:    A settlement has been reached in Litigation and allocated as follows:
>
> 1. Chapter 13 Trustee, Isabel C. Balboa, $10,260.00 to payoff Chapter 13 plan in which $8,624.88 will be disbursed to Wells Fargo Bank who has a lien against totaled vehicle.
> 2. Jenkins and Clayman are to apply for attorney fee's related to this action in the amount of $600.00 subject to court approval.
> 3. The balance of the proceeds to debtor in amount of $6,744.49.

Objections must be served on, and requests for additional information directed to:

Name:         Jenkins & Clayman

Address:     412 White Horse Pike, Audubon, NJ 08106

Telephone No.: (856) 546- 9696

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                  Case No. 18-25409-JNP
Joanna Pastore                                                                                          Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                          User: admin                                                Page 1 of 3
Date Rcvd: Aug 20, 2021                       Form ID: pdf905                                            Total Noticed: 19

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++++       Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses.

\#         Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##        Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Joanna Pastore, 503 W. Maple Avenue, Merchantville, NJ 08109-2022 |
| cr | + | MIDFIRST BANK, A FEDERALLY CHARTERED SAVINGS ASSOC, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| cr | + | Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto, 1451 Thomas Langston Rd., Winterville, NC 28590-8872 |
| cr | + | Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S, 1451 Thomas Langston Rd., Winterville, NC 28590-8872 |
| 517678796 | | Agentra Healthcare Solutions, 4201, #1500, Spring Valley Rd, Dallas, TX 75244 |
| 517925659 | ++++ | MIDFIRST BANK, GROSS POLOWY, LLC., 2500 PLAZA FIVE STE 2548, JERSEY CITY NJ 07311 address filed with court:, MidFirst Bank, Gross Polowy, LLC., 2500 Plaza 5, Suite 2548, Jersey City, NJ 07311 |
| 517678801 | + | Merchantville Borough, 1 W. Maple Avenue, Merchantville, NJ 08109-5103 |
| 517678804 | | PSE&G CO, PO BOX 14444, New Brunswick, NJ 08906-4444 |
| 517796479 | | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 19657, Irvine, CA 92623-9657 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 20 2021 20:33:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 20 2021 20:33:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517678797 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 20 2021 20:41:31 | Capital One Bank (USA), PO Box 6492, Carol Stream, IL 60197-6492 |
| 517678799 | | Email/Text: documentfiling@lciinc.com | Aug 20 2021 20:32:00 | Comcast, PO Box 3001, Southeastern, PA 19398-3001 |
| 517678800 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 20 2021 20:33:00 | Comenity-Wayfair, PO box 659617, San Antonio, TX 78265-9617 |
| 517678798 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Aug 20 2021 20:41:22 | Chase Home Mortgage, PO BOX 24696, Columbus, OH 43224-0696 |
| 517806862 | + | Email/PDF: ais.midfirst.ebn@americaninfosource.com | Aug 20 2021 20:41:22 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 517678802 | | Email/Text: bankruptcy@sccompanies.com | Aug 20 2021 20:33:00 | Monroe & Main, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 517678803 | + | Email/PDF: pa_dc_claims@navient.com | Aug 20 2021 20:41:25 | Navient, 123 Justison Street, 3rd Floor, Wilmington, DE 19801-5363 |

Case 18-25409-JNP    Doc 39    Filed 08/22/21    Entered 08/23/21 00:15:55    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 20, 2021 | Form ID: pdf905 | Total Noticed: 19 |

| 517741175 | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Aug 20 2021 20:32:00 | Navient Solutions, LLC. on behalf of, United Student Aid Funds, Inc., GLHEC and Affiliates, PO BOX 8961, Madison, WI 53708-8961 |

TOTAL: 10

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517678805 | ## | Wells Fargo Dealer Services, PO Box 25341, Santa Ana, CA 92799-5341 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 22, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Craig Scott Keiser | on behalf of Creditor MIDFIRST BANK  A FEDERALLY CHARTERED SAVINGS ASSOCIATION craig.keiser@law.njoag.gov |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Eric Clayman | on behalf of Debtor Joanna Pastore mail@jenkinsclayman.com  connor@jenkinsclayman.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| John R. Morton, Jr. | on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Auto ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| John R. Morton, Jr. | on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Dealer Services ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Lynn Therese Nolan | on behalf of Creditor MidFirst Bank ecfnotices@grosspolowy.com  lnolan@grosspolowy.com |
| Rebecca Ann Solarz | on behalf of Creditor MIDFIRST BANK rsolarz@kmllawgroup.com |
| Rhondi L. Schwartz | on behalf of Debtor Joanna Pastore mail@jenkinsclayman.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |