Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                    Case No.:  18–25409–JNP
                    Chapter:  13
                    Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Joanna Pastore
  aka Joanna M McLaughlin
  503 W. Maple Avenue
  Merchantville, NJ 08109

Social Security No.:
  xxx–xx–9357

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

    I  Kenyatta A. Johnson , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Settlement of Controversy:

Description of Property (if applicable):

To approve distribution of car insurance proceeds as financed vehicle was totaled.

Dated: September 8, 2021
JAN: kaj

                                                               Jeanne Naughton
                                                               Clerk