Form cscnodsc − ntccsclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 18−25409−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Joanna Pastore
   aka Joanna M McLaughlin
   503 W. Maple Avenue
   Merchantville, NJ 08109

Social Security No.:
   xxx−xx−9357

Employer's Tax I.D. No.:

---

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

- [x] Debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- [ ] Joint debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- [x] Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- [ ] Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- [ ] Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- [ ] Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- [ ] Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- [ ] Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- [ ] An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

☐   An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.

Dated: May 10, 2022
JAN: kaj

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Joanna Pastore  
    Debtor

Case No. 18-25409-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: May 10, 2022      Form ID: cscnodsc      Total Noticed: 19

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 12, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Joanna Pastore, 503 W. Maple Avenue, Merchantville, NJ 08109-2022 |
| cr | + | MIDFIRST BANK, A FEDERALLY CHARTERED SAVINGS ASSOC, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| cr | + | Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto, 1451 Thomas Langston Rd., Winterville, NC 28590-8872 |
| cr | + | Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S, 1451 Thomas Langston Rd., Winterville, NC 28590-8872 |
| 517678796 | | Agentra Healthcare Solutions, 4201, #1500, Spring Valley Rd, Dallas, TX 75244 |
| 517925659 | ++++ | MIDFIRST BANK, GROSS POLOWY, LLC., 2500 PLAZA FIVE STE 2548, JERSEY CITY NJ 07311 address filed with court:, MidFirst Bank, Gross Polowy, LLC., 2500 Plaza 5, Suite 2548, Jersey City, NJ 07311 |
| 517678801 | + | Merchantville Borough, 1 W. Maple Avenue, Merchantville, NJ 08109-5103 |
| 517678804 | | PSE&G CO, PO BOX 14444, New Brunswick, NJ 08906-4444 |
| 517796479 | | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 19657, Irvine, CA 92623-9657 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 10 2022 20:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 10 2022 20:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517678797 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 10 2022 20:45:37 | Capital One Bank (USA), PO Box 6492, Carol Stream, IL 60197-6492 |
| 517678799 | | Email/Text: documentfiling@lciinc.com | May 10 2022 20:37:00 | Comcast, PO Box 3001, Southeastern, PA 19398-3001 |
| 517678800 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 10 2022 20:38:00 | Comenity-Wayfair, PO box 659617, San Antonio, TX 78265-9617 |
| 517678798 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 10 2022 20:45:25 | Chase Home Mortgage, PO BOX 24696, Columbus, OH 43224-0696 |
| 517806862 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | May 10 2022 20:45:36 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 517678802 | | Email/Text: bankruptcy@sccompanies.com | May 10 2022 20:38:00 | Monroe & Main, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 517678803 | + | Email/PDF: pa_dc_claims@navient.com | May 10 2022 20:45:37 | Navient, 123 Justison Street, 3rd Floor, |

Case 18-25409-JNP    Doc 53    Filed 05/12/22    Entered 05/13/22 00:11:39    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 10, 2022 | Form ID: cscnodsc | Total Noticed: 19 |

| | | | | |
|---|---|---|---|---|
| | | | | Wilmington, DE 19801-5363 |
| 517741175 | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | May 10 2022 20:37:00 | | Navient Solutions, LLC. on behalf of, United Student Aid Funds, Inc., GLHEC and Affiliates, PO BOX 8961, Madison, WI 53708-8961 |
| 517678804 | ^ MEBN | | May 10 2022 20:34:17 | PSE&G CO, PO BOX 14444, New Brunswick, NJ 08906-4444 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519519109 | ##+ | Joanna Pastore, 503 West Maple Avenue, Merchantville, NJ 08109-2022 |
| 517678805 | ## | Wells Fargo Dealer Services, PO Box 25341, Santa Ana, CA 92799-5341 |

TOTAL: 0 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2022            Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Craig Scott Keiser | on behalf of Creditor MIDFIRST BANK A FEDERALLY CHARTERED SAVINGS ASSOCIATION craig.keiser@law.njoag.gov |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Eric Clayman | on behalf of Debtor Joanna Pastore mail@jenkinsclayman.com JenkinsClayman@jubileebk.net |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| John R. Morton, Jr. | on behalf of Creditor Wells Fargo Bank N.A., d/b/a Wells Fargo Auto ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| John R. Morton, Jr. | on behalf of Creditor Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Services ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Lynn Therese Nolan | on behalf of Creditor MidFirst Bank ecfnotices@grosspolowy.com lnolan@grosspolowy.com |
| Rebecca Ann Solarz | |

District/off: 0312-1 | User: admin | Page 3 of 3
Date Rcvd: May 10, 2022 | Form ID: cscnodsc | Total Noticed: 19

on behalf of Creditor MIDFIRST BANK rsolarz@kmllawgroup.com

Rhondi L. Schwartz
on behalf of Debtor Joanna Pastore mail@jenkinsclayman.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 12

Case 18-25409-JNP    Doc 53    Filed 05/12/22    Entered 05/13/22 00:11:39    Desc Imaged
Certificate of Notice    Page 5 of 5
District/off: 0312-1    User: admin    Page 3 of 3
Date Rcvd: May 10, 2022    Form ID: cscnodsc    Total Noticed: 19