**JENKINS & CLAYMAN**
Eric J Clayman, Esquire
412 White Horse Pike
Audubon, NJ 08106
(856)546-9696
Attorney for Debtor

# United States Bankruptcy Court
## District of New Jersey

In re    Joanna Pastore,
          Debtor

Case No.:  18-25409-JNP

Chapter 13

# NOTICE OF MOTION TO REOPEN CHAPTER 13 CASE FOR THE PURPOSE OF FILING THE SECOND CLASS IN DEBTOR EDUCATION AND CERTIFICATION IN SUPPORT OF DISCHARGE

Joanna Pastore has filed papers with the Court to Reopen Chapter 13 Case.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you wish to consult one).**

If you do not want the Court to grant relief sought in Motion, or if you want the Court to consider your view on the Motion, then on or before June 14, 2022 you or your attorney must:

File with the Court a written request for a hearing {or, *if the Court requires a written response*, an answer, explaining your position} at:

**U.S. Bankruptcy Court**
**400 Cooper Street**
**Camden, NJ 08101**

If you mail your request/response to the Court for filing, you mail it early enough so the Court will **receive** it on or before the date stated above.

You must also mail a copy to:

Jenkins & Clayman
Attorneys for the Debtor
412 White Horse Pike
Audubon, NJ 08106

Isabel C. Balboa, Chapter 13 Trustee
535 Route 38, Suite 580, Cherry Hill, NJ 08002

Attend the hearing to be held on June 21, 2022 at 11:00 AM in Courtroom #8 of Judge Jerrold N. Poslusny, U.S.B.J., United States Bankruptcy Court, 402 East State St. Trenton, NJ 08608, New Jersey.

If you, or your attorney, do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting relief.

Date:  5/31/2022  /s/ *Eric J Clayman*
Eric J Clayman
Jenkins & Clayman
412 White Horse Pike
Audubon, NJ 08106