Order Filed on June 28, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| **JENKINS & CLAYMAN**<br>Eric J Clayman<br>412 White Horse Pike<br>Audubon, NJ 08106<br>(856)546-9696<br>Attorney for Debtor |
| In Re:<br><br>Joanna Pastore<br>Debtor(s) |

Case No.: 18-25409

Adv. No.:

Hearing Date: June 28, 2022 at 11:00 a.m.

Judge: JNP

# ORDER REOPENING CHAPTER 13 CASE FOR THE PURPOSE OF FILING THE SECOND CLASS IN DEBTOR EDUCATION CERTIFICATION IN SUPPORT OF DISCHARGE

The relief set forth on the following page is hereby **ORDERED.**

**DATED: June 28, 2022**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the motion of debtor, and for good cause shown, it is,

**ORDERED** as follows:

1. This case is reopened effective June 28, 2022.

2. ◻ A Trustee shall be appointed.

   ☒ A Trustee shall not be appointed.

3. ◻ The case shall be immediately reclosed.

   ◻ The case shall be closed within _____ days.

   ◻ The case shall be reviewed within _14_ days for closing eligibility.

4. Within ten (10) days of the date of this order, the debtor shall file her Certificate of Debtor Education and Certification in Support of Discharge and the Clerk of the Court shall thereafter process this case for discharge.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                        Case No. 18-25409-JNP
Joanna Pastore                                                                                Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 29, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joanna Pastore, 8 Heather Dr. South, Mantua, NJ 08051-1801 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Craig Scott Keiser | on behalf of Creditor MIDFIRST BANK  A FEDERALLY CHARTERED SAVINGS ASSOCIATION craig.keiser@law.njoag.gov |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Eric Clayman | on behalf of Debtor Joanna Pastore mail@jenkinsclayman.com JenkinsClayman@jubileebk.net |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Jun 29, 2022 | Form ID: pdf903 | Total Noticed: 1 |

John R. Morton, Jr.
    on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Auto ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

John R. Morton, Jr.
    on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Dealer Services ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

Lynn Therese Nolan
    on behalf of Creditor MidFirst Bank ecfnotices@grosspolowy.com  lnolan@grosspolowy.com

Rebecca Ann Solarz
    on behalf of Creditor MIDFIRST BANK rsolarz@kmllawgroup.com

Rhondi L. Schwartz
    on behalf of Debtor Joanna Pastore mail@jenkinsclayman.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 12